tion by the Bachman Brewing Company against Fanny Wallowitz. No opinion. Default opened, and case submitted.

**BALDERMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant.** (Supreme Court, Appellate Term. November 6, 1903.) Action by Emil Balderman against the Metropolitan Street Railway Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. H. A. Robinson (Arthur K. Wing and F. Angelo Gaynor, of counsel), for appellant. Droege & Schavrin, for respondent.

BLANCHARD, J. We do not think the verdict is grossly against the weight of evidence, nor even that it preponderates in favor of the defendant. The case was fairly submitted to the jury by the learned trial court, and the jury resolved the conflict in the evidence in favor of the plaintiff. As there is evidence to sustain the verdict, we do not think it should be disturbed. The judgment and order must be affirmed, with costs. All concur.

**BALL, Appellant, v. MANHATTAN RY. CO., Respondent.** (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by John O. Ball against the Manhattan Railway Company. H. A. Forster, for appellant. A. A. Wheat, for respondent. No opinion. Judgment affirmed, with costs.

**BAMBERGER, Respondent, v. ZECKENDORF et al., Appellants.** (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Ira Leo Bamberger against Arthur W. Zeckendorf and others. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

**In re BANKS.** (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) In the matter of the probate of the last will and testament of Leonora Post Banks, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs.

STOVER, J., not voting.

**BARSON et al., Appellants, v. MULLIGAN et al., Respondents.** (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William G. Barson and others against Agnes K. M. Mulligan and others. No opinion. Motion denied.

**BARTLETT, Appellant, v. BARTLETT, Respondent.** (Supreme Court, Appellate Division, First Department. April Term, 1903.) Action by Walter Bartlett against Mary Bartlett.

PER CURIAM. Order modified, as directed in opinion, and, as modified, affirmed, without costs. [Nothing for publication in this case.]

**BEATTYS, Respondent, v. WILEY, Appellant.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action

by George D. Beattys, as trustee in bankruptcy, etc., against Milnor Wiley. No opinion. Judgment and order affirmed, with costs.

**BEATTYS, Respondent, v. WILEY, Appellant.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by George D. Beattys, as trustee in bankruptcy, etc., against Wilfred Wiley. No opinion. Judgment and order affirmed, with costs.

**BEERS, Appellant, v. WASHBOND et al., Respondents.** (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Ada Beers against Henry Havens Washbond and others. No opinion. Motion denied.

**BENJAMIN, Appellant, v. PALMIERI et al., Respondents.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Aaron Benjamin against John Palmieri and another. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

**BENNETT, Respondent, v. GEORGE BORGFELDT & CO., Appellant.** (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Clarence H. Bennett against George Borgfeldt & Co. L. S. Carrère, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs.

**BERG, Respondent, v. THIRD AVE. R. CO., Appellant.** (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Fannie Berg against the Third Avenue Railroad Company. B. Hames, for appellant. L. A. Jaffer, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

HATCH, J., dissents.

**BESANT v. GLENS FALLS INS. CO.** (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Joseph B. Besant against the Glens Falls Insurance Company. No opinion. Motion denied on the ground of laches.

**B. GORTZ MFG. CO., Respondent, v. PARKS, Appellant.** (Supreme Court, Appellate Term. November 6, 1903.) Action by the B. Gortz Manufacturing Company against William A. Parks. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Johnson & Higgins, for appellant. Phillips & Avery, for respondent.

BLANCHARD, J. It is clear, from the evidence, that the parties to the written agreement upon which this action was brought intended that that instrument should relate to the prior contract made by the plaintiff with Teichman & Potter, and that the insertion of the word "Company" in the agreement was due to clerical error or mistake. On this point nothing